<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-4002**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERRELL DEVON BROOKS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CR-99-189)

─────────────

Submitted: June 30, 2000          Decided: July 20, 2000

─────────────

Before MURNAGHAN, MOTZ, and TRAXLER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

J. Kelly Haley, III, Richmond, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Laura A. Colombell, Assistant United States Attorney, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terrell Devon Brooks appeals his convictions for possession of a firearm by an unlawful user of a controlled substance and possession of ammunition by an unlawful user of a controlled substance. On appeal, Brooks alleges there was insufficient evidence presented at trial to support these convictions. We have reviewed the record and find that the evidence was sufficient. See <u>Glasser v. United States</u>, 315 U.S. 60, 80 (1942). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2